Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Queens County (Chin-Brandt, J., at pleas; Zaro, J., at sentences), both imposed February 10, 2016, upon his pleas of guilty, on the ground that the sentences were excessive.
 

 Ordered that the sentences are affirmed.
 

 The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Sanders, 25 NY3d 337, 339-342 [2015]; People v English, 142 AD3d 1103 [2016]; cf. People v Brown, 122 AD3d 133, 145-146 [2014]). The defendant’s valid waiver of his right to appeal precludes review of his contention that the sentences imposed were excessive (see People v Lopez, 6 NY3d 248, 255-256 [2006]).
 

 Eng, P.J., Austin, Roman, Hinds-Radix and Duffy, JJ., concur.